DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL HERNANDEZ-TINOCO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-351-GEB |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER;** |
| ) | **CONTINUING STATUS CONFERENCE** |
| MIGUEL HERNANDEZ-TINOCO, ) | **AND EXCLUDING TIME** |
| Defendant. ) | Date: December 2, 2011 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, and CARO MARKS, attorney for MIGUEL HERNANDEZ-TINOCO, that the status conference hearing date of November 18, 2011 be vacated, and the matter be set for status conference on December 2, 2011 at 9:00 a.m.

The reason for this continuance is to allow counsel time to research one particular conviction of the defendant's, to understand how it might be affected by the November, 2011, guidelines amendments. Counsel must order certain records to achieve this task.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including December 2, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 17, 2011.                     Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Public Defender


                                              /s/ Caro Marks
                                              CARO MARKS
                                              Designated Counsel for Service
                                              Attorney for Miguel Hernandez-Tinoco

DATED: November 17, 2011.                     BENJAMIN WAGNER
                                              United States Attorney


                                              /s/ Caro Marks for
                                              MICHELE BECKWITH
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 18, 2011, status conference hearing be continued to December 2, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the

December 2, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 17, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge