1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )
                                      ) CR. No. S-11-351 GEB
12            Plaintiff,              )
                                      )
13      v.                            ) STIPULATION AND [PROPOSED]
                                      ) ORDER CONTINUING STATUS
14 MIGUEL ANGEL HERNANDEZ-TINOCO,     ) CONFERENCE AND EXCLUDING
     aka Gabriel Luna,                ) TIME
15                                    )
                                      )
16            Defendant.              )
                                      )
17 _____)

18         The parties request that the status conference in this case

19 currently scheduled for January 20, 2012 be continued to February

20 3, 2012 at 9:00 a.m.  They stipulate that the time between

21 January 20, 2012 and February 3, 2012 should be excluded from the

22 calculation of time under the Speedy Trial Act.  The parties

23 stipulate that the ends of justice are served by the Court

24 excluding such time, so that counsel may have reasonable time

25 necessary for effective preparation, taking into account the

26 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

27 parties are in the process of gathering additional facts relevant

28 to sentencing and the anticipated resolution of this case.  This

                              1

continuance is necessary for further work by both parties on this
and other pretrial and trial issues.  The parties stipulate and
agree that the interests of justice served by granting this
continuance outweigh the best interests of the public and the
defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

Dated:  January 19, 2012                Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                        */s/ Michele Beckwith*
                                   By:  Michele Beckwith
                                        Assistant U.S. Attorney

Dated: January 19, 2012

                                        */s/ Dina Santos*
                                        DINA SANTOS
                                        Attorney for Defendant






///

///

///

///

///

///

///

///

///

///

///

///

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 20, 2012, at 9:00 a.m. be continued to February 3, 2012, at 9:00 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the February 3, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated:   January 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge